DENNIS B. HILL  (CA 218131) (TX 24118204)
D.B. HILL, A PROFESSIONAL LAW CORPORATION
640 Fifth Street, Suite 200
Lincoln, California 95648
Tel: (916) 434-2553
Fax: (916) 434-2560

Attorneys for Plaintiff JUSTIN SILVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SILVA<br><br>           Plaintiff,<br><br>     vs.<br><br>UNITED STATES POSTAL SERVICE,<br>and LELE HONG,<br><br>           Defendants._____/ | Case No.: 2:22-CV-00033-WBS-KJN<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

    Having reviewed plaintiff's Status Report and Ex Parte Application for Continuance of Scheduling Conference, and for good cause appearing, it is ORDERED that the Scheduling Conference currently set for May 9, 2022, at 1:30 pm is hereby vacated, and a new Scheduling Conference is hereby set for **September 26, 2022, at 1:30 pm** before the undersigned judge in COURTROOM: 5.  All other provisions of the previous order regarding the status conference, filed January 4, 2022, shall remain the same and be linked to the new conference date of September 26, 2022.  A joint status report shall be filed no later than **September 12, 2022**.

**ORDER CONTINUING SCHEDULING CONFERENCE**
- 1 -

IT IS SO ORDERED.

Dated: April 27, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE