UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JUSTIN SILVA,

        Plaintiff,

   v.

UNITED STATES OF AMERICA,

        Defendant.

No. 2:22-CV-00033 WBS KJN

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for September 26, 2022, and makes the following findings and orders without needing to consult with the parties any further.

I.    <u>SERVICE OF PROCESS</u>

The defendant has been served, and no further service is permitted without leave of court, good cause having been shown

under Federal Rule of Civil Procedure 16(b).

## II. JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to pleadings will be permitted except with leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b). See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

## III. JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. § 1346(b), because the United States is a defendant and claims are brought under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680. Venue is undisputed and hereby found to be proper.

## IV. DISCOVERY

The parties agreed to serve the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) by September 19, 2022.

The plaintiff shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than February 16, 2024. The defendant shall disclose the same by no later than March 15, 2024. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before April 12, 2024.

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by May 10, 2024. The word "completed" means that all discovery shall have been conducted so

1   that all depositions have been taken and any disputes relevant to
2   discovery shall have been resolved by appropriate order if
3   necessary and, where discovery has been ordered, the order has
4   been obeyed.  All motions to compel discovery must be noticed on
5   the magistrate judge's calendar in accordance with the local
6   rules of this court and so that such motions may be heard (and
7   any resulting orders obeyed) not later than May 10, 2024.
8   V.    MOTION HEARING SCHEDULE
9         All motions, except motions for continuances, temporary
10  restraining orders, or other emergency applications, shall be
11  filed on or before July 12, 2024.  All motions shall be noticed
12  for the next available hearing date.  Counsel are cautioned to
13  refer to the local rules regarding the requirements for noticing
14  and opposing such motions on the court's regularly scheduled law
15  and motion calendar.
16  VI.   FINAL PRETRIAL CONFERENCE
17        The Final Pretrial Conference is set for September 23,
18  2024, at 1:30 p.m. in Courtroom No. 5.  The conference shall be
19  attended by at least one of the attorneys who will conduct the
20  trial for each of the parties and by any unrepresented parties.
21        Counsel for all parties are to be fully prepared for
22  trial at the time of the Pretrial Conference, with no matters
23  remaining to be accomplished except production of witnesses for
24  oral testimony.  Counsel shall file separate pretrial statements,
25  and are referred to Local Rules 281 and 282 relating to the
26  contents of and time for filing those statements.  In addition to
27  those subjects listed in Local Rule 281(b), the parties are to
28  provide the court with: (1) a plain, concise statement which

1  identifies every non-discovery motion which has been made to the
2  court, and its resolution; (2) a list of the remaining claims as
3  against each defendant; and (3) the estimated number of trial
4  days.
5         In providing the plain, concise statements of
6  undisputed facts and disputed factual issues contemplated by
7  Local Rule 281(b)(3)-(4), the parties shall emphasize the claims
8  that remain at issue, and any remaining affirmatively pled
9  defenses thereto.
10 VII.    TRIAL SETTING
11         A non-jury trial is set for December 3, 2024 at 9:00
12 a.m.  The parties estimate that the trial will last two to three
13 days.
14 VIII.   SETTLEMENT CONFERENCE
15         A Settlement Conference with a magistrate judge will be
16 set at the time of the Pretrial Conference.  Counsel are
17 instructed to have a principal with full settlement authority
18 present at the Settlement Conference or to be fully authorized to
19 settle the matter on any terms.  At least seven calendar days
20 before the Settlement Conference counsel for each party shall
21 submit a confidential Settlement Conference Statement for review
22 by the settlement judge.  The Settlement Conference Statements
23 shall not be filed and will not otherwise be disclosed to the
24 trial judge.
25 IX.  MODIFICATIONS TO SCHEDULING ORDER
26         Any requests to modify the dates or terms of this
27 Scheduling Order, except requests to change the date of the
28 trial, may be heard and decided by the assigned Magistrate Judge.

All requests to change the trial date shall be heard and decided only by the undersigned judge.

        IT IS SO ORDERED.

Dated: September 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE